## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY
## LOUISVILLE DIVISION

| | |
|---|---|
| SARA SHERLEY, individually, and on behalf of all others similarly situated, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 3:24-CV-00671-DJH |
| CUSTOM FATLOSS, LLC d/b/a VITALITY WELLNESS & WEIGHT LOSS, | ) ) ) ) |
| Defendant. | ) |

## **DISMISSAL WITHOUT PREJUDICE**

COMES NOW Plaintiff Sara Sherley, by and through her undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) hereby dismisses this action against Defendant without prejudice.

Respectfully submitted,

BY: */s/ ERIK D. PETERSON*
Erik D. Peterson #KY93003
ERIK PETERSON LAW OFFICES PSC
249 E. Main St., Suite 150
Lexington, KY 40507
Tel: (800) 614-1957
Email: erik@eplo.law

*/s/ Christopher E. Roberts*
Christopher E. Roberts (*pro hac vice pending*)
BUTSCH ROBERTS & ASSOCIATES LLC
7777 Bonhomme Avenue, Suite 1300
Clayton, MO 63105
Tel: (314) 863-5700
Fax: (314) 863-5711
Email: Roberts@ButschRoberts.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2024, I electronically filed the above with the Clerk of Court using the CM/ECF System, which will provide electronic copies to counsel of record.

*s/ Erik D. Peterson*