UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

SARA SHERLEY et al.,                                                                                    Plaintiffs,

v.                                                                                           Civil Action No. 3:24-cv-671-DJH

CUSTOM FAT LOSS, LLC,                                                                              Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Sara Sherley having filed a notice of voluntary dismissal (Docket No. 4), no answer or motion for summary judgment having been filed by Defendant Custom Fat Loss, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** that this action stands **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and is now **CLOSED** and **STRICKEN** from the Court's active docket.

December 17, 2024

David J. Hale, Judge
United States District Court

1